UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEONARDO DOMINGUEZ,
                Plaintiff,

v.

VPA CONCRETE, LLC and AGUSTINO
FERNANDEZ,

                Defendants.
-----------------------------------------------------------x

**ORDER**

24-CV-09538 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On December 13, 2024, Leonardo Dominguez ("Plaintiff") commenced this action against VPA Concrete, LLC and Agustino Fernandez ("Defendants"), alleging violations of the Fair Labor Standards Act, New York Labor Law, and New York State Minimum Wage Act. (Doc. 1). On December 16, 2024, the Clerk of Court issued summonses as to Defendants. (Doc. 4). Plaintiff filed affidavits of service indicating that service was effected on January 14, 2025. (Docs. 5-6). Defendants' deadline to answer or otherwise respond to the complaint was February 4, 2025. (*Id*.). Defendants did not answer or otherwise respond to the complaint. On February 13, 2025, Plaintiff obtained a Clerk's Certificate of Default as to Defendants. (Doc. 16). There has been no activity on the docket since then.

      Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by April 4, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED:**

Dated: White Plains, New York
       March 5, 2025

                                                  _____
                                                  Hon. Philip M. Halpern
                                                  United States District Judge