UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEONARDO DOMINGUEZ,

                            Plaintiff,

v.                                            **ORDER**

VPA CONCRETE LLC, and AGUSTINO        24-cv-09538 (PMH)
FERNANDEZ,

                          Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 25). Accordingly, it is hereby **ORDERED** that the parties shall file, by **May 15, 2025**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

      Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

                                        **SO ORDERED:**

Dated:  White Plains, New York
          May 1, 2025

                                        PHILIP M. HALPERN
                                        United States District Judge