UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDO DOMINGUEZ,

                Plaintiff,

-against-

VPA CONCRETE LLC, and AGUSTINO FERNANDEZ,

                Defendants.

**ORDER**

24-CV-09538 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of the parties' *Cheeks* submission filed on June 12, 2025. (Doc 31). However, the requested amount in reimbursable litigation expenses ($1,645.00) is not reflected in the attached "Exhibit 6, Expenses" document (Doc. 31-6), which only includes a total of $645.00 in expenses. Additionally, the parties reference a retainer agreement between Plaintiff and Plaintiff's counsel that purportedly calls for a one-third contingency fee but have not included a copy of the agreement in their submission. Accordingly, the parties are directed to supplement their *Cheeks* submission, with both a copy of the Plaintiff's signed retainer included, and the above-stated expenses discrepancy addressed, by **June 25, 2025 at 5:00 p.m**.

                      **SO ORDERED:**

Dated: White Plains, New York
         June 18, 2025

                      _____
                      PHILIP M. HALPERN
                      United States District Judge